UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**SURESTE PROPERTY GROUP, LLC,**<br>**SURESTE PROPERTY SERVICES, LLC,**<br>and<br>**SURESTE DEVELOPMENT, LLC,**<br><br>Defendants. | **CIVIL ACTION NO.**<br>**1:24-cv-01769-LMM-WEJ** |

### NOTICE OF RESOLUTION

COME NOW, the Parties in this matter and hereby notify the Court, in accordance with the Court's order staying discovery, [Doc. 15], that the Parties have reached a resolution in this matter. The Parties expect to file a proposed consent decree for the Court's consideration within the next 14 days.

Respectfully submitted this 3rd day of October, 2024,

[Signatures on following page]

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | FISHER & PHILLIPS LLP |
| */s/ Matthew D. O'Brien* | */s/ Matthew R. Simpson* |
| Matthew D. O'Brien | Matthew R. Simpson |
| Georgia Bar No. 825255 | Georgia Bar No. 540260 |
| matthew.obrien@eeoc.gov | msimpson@fisherphillips.com |
| Atlanta District Office | JonVieve D. Hill |
| 100 Alabama St. SW, Suite 4R30 | Georgia Bar No. 907946 |
| Atlanta, GA 30303 | jhill@fisherphillips.com |
| (470) 531-4776 | 1230 Peachtree Street NE, Ste 3300 |
| (404) 562-6905 Facsimile | Atlanta, GA 30309 |
| | (404) 231-1400 |
| *Counsel for Plaintiff* | (404) 240-4249 Facsimile |
| | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SURESTE PROPERTY GROUP, LLC,**<br>**SURESTE PROPERTY SERVICES, LLC,**<br>and<br>**SURESTE DEVELOPMENT, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br>**1:24-cv-01769-LMM-WEJ** |

## CERTIFICATE OF SERVICE

This is to certify that on October 3, 2024, I caused a true and correct copy of the foregoing **NOTICE OF RESOLUTION** to be served upon the individuals listed below by filing the notice using the CM/ECF system which automatically sends a copy to all counsel of record via email:

    Matthew Simpson
    msimpson@fisherphillips.com

    JonVieve Hill
    jhill@fisherphillips.com

    Counsel for Defendants

*/s/ Matthew D. O'Brien*
Matthew D. O'Brien
Counsel for Plaintiff
Georgia Bar No. 825255
